**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

OTHNIEL EVANS MARAGH,

                        Plaintiff,

              -against-

THE ROOSEVELT ISLAND OPERATING
CORPORATION, et al.,

                     Defendants.

-------------------------------------------------------------x

No. 16-CV-7530 (JMF)

**ORDER**

    **ONA T. WANG, United States Magistrate Judge:**

    The Court held a settlement conference in this matter on November 13, 2019. As discussed at the conference, by **November 26, 2019**, Defendants shall file, and serve on Plaintiff, a status letter indicating when in December or January a pre-settlement call and a follow-up settlement conference will be productive. Defendants are encouraged to file such a letter earlier if reasonably practicable.

    **SO ORDERED.**

                                            _s/ Ona T. Wang_

Dated: November 13, 2019                        **Ona T. Wang**
      New York, New York                 United States Magistrate Judge