```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
OTHNIEL EVANS MARAGH,                                                   :
                                                                        :
                                Plaintiff,                              :
                                                                        :         16-CV-7530 (JMF)
                -v-                                                     :
                                                                        :              ORDER
THE ROOSEVELT ISLAND OPERATING                                          :
CORPORATION et al.,                                                     :
                                                                        :
                                Defendants.                             :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On April 23, 2021, Plaintiff filed a letter indicating that he had sent an audio file to the Court via priority mail and that the file "is currently in the [C]ourt's possession." ECF No. 193. The Court has not received any such file, however, and the attachments to Plaintiff's letter indicate that the *Pro Se* Intake Unit returned the audio file to Plaintiff on both April 1, 2021, and April 14, 2021, explaining that it could not accept non-paper materials for docketing without the Court's permission. *See* ECF Nos. 193-1, 193-2.

Under the circumstances, the Court grants Plaintiff permission to send the audio file in hard copy to Chambers. To be clear, that permission is limited to the audio file; Plaintiff may not submit anything else directly to the Court without first obtaining leave to do so, through a written request submitted to the *Pro Se* Intake Unit.

No later than **May 4, 2021,** Plaintiff shall send the file by mail to:

The Chambers of the Honorable Jesse M. Furman
Daniel Patrick Moynihan United States District Courthouse
500 Pearl Street
New York, NY 10007

The Court reserves judgment on whether and to what extent to consider the audio file in connection with Defendants' pending motion for summary judgment.

The Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

SO ORDERED.

Dated: April 27, 2021
       New York, New York
                                            _____
                                                      JESSE M. FURMAN
                                                  United States District Judge