# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

OTHNIEL EVENS MARAGH,

              Plaintiff,                   16 **CIVIL** 7530 (JMF)

    -against-                       **JUDGMENT**

THE ROOSEVELT ISLAND OPERATING
CORPORATION, et a.,

              Defendants.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 5, 2021, Defendants' motion for summary judgment is GRANTED, Maragh's Title VII and NYSHRL claims are dismissed in their entirety with prejudice, and his NYCHRL claims are dismissed without prejudice to refiling in state court.; accordingly, the case is closed.

**Dated:**  New York, New York
          August 5, 2021

                                               **RUBY J. KRAJICK**

                                                  Clerk of Court

                                 **BY:**

                                                    Deputy Clerk