UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
OTHNIEL EVANS MARAGH,                                              :
:
                    Plaintiff,                                :
:      16-CV-7530 (JMF)
      -v-                                                         :
:      <u>ORDER</u>
THE ROOSEVELT ISLAND OPERATING                        :
CORPORATION et al.,                                                :
:
                    Defendants.                              :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Having reviewed the parties' respective submissions regarding the grounds to maintain any materials filed in connection with Defendants' motion for summary judgment under seal or in redacted form, *see* ECF Nos. 211-212, the Court concludes that Defendants have not satisfied their burden to maintain the reports filed at ECF Nos. 161-1 and 162-1 entirely under seal. At a minimum, the portions of the reports that describe the relevant complaints and set forth the conclusions of the investigations must be made public, subject to redaction of the names and other identifying details of third-party participants. To the extent that documentary evidence relied on in the investigations can be filed publicly without revealing the identities of participants in the investigation, *see, e.g.*, ECF No. 162-1, at 49-78, such evidence also must be made public, subject to narrowly tailored redactions. That said, substantially for the reasons set forth in Defendants' letter, *see* ECF No. 211, notes from third-party witness interviews and the like may be redacted in their entirety to preserve the confidentiality of the investigations. By contrast, given the Court's ruling that the audio recording and transcript that Plaintiff filed under seal are inadmissible, *see Maragh v. Roosevelt Island Operating Corp.*, No. 16-CV-7530 (JMF), 2021 WL 3501238, at *4 & n.8 (S.D.N.Y. Aug. 5, 2021) (ECF No. 207), there is no basis to make those materials public, contrary to Plaintiff's argument for unsealing, *see* ECF No. 212.

      Accordingly, no later than **August 31, 2021,** Defendants shall file ECF Nos. 161-1 and 162-1 publicly on the docket, with narrowly tailored redactions consistent with this Order.

      SO ORDERED.

Dated: August 24, 2021                               _____
       New York, New York                            JESSE M. FURMAN
                                                     United States District Judge