# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Othniel Evans Maragh

(List the full name(s) of the plaintiff(s)/petitioner(s).)

16 cv 7530 ( )HF)(  )

-against-

**NOTICE OF APPEAL**

The Roosevelt Island Operating Corporation, et al.,

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Othniel Evans Maragh

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☑ order  entered on: August 5, 2021

(date that judgment or order was entered on docket)

that: Granting the Defendants motion for summary judgment; despite the Plaintiff's substantial proof and case to the contrary

(If the appeal is from an order, provide a brief description above of the decision in the order.)

Dated: 9/2/21

Signature: Othniel Evans Maragh

Name (Last, First, MI): Maragh Othniel Evans

Address: 9 Adams St   City: Mount Vernon   State: NY   Zip Code: 10553

Telephone Number: (678) 427-8649

E-mail Address (if available): Omaragh9@yahoo.com

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

```
Court Name: District Court
Division: 1
Receipt Number: 465401285319
Cashier ID: Jfaughna
Transaction Date: 09/02/2021
Payer Name: OTHNIEL EVANS MARAGH

NOTICE OF APPEAL/DOCKETING FEE
 For: OTHNIEL EVANS MARAGH
 Amount:         $505.00

CHECK
 Check/Money Order Num: 7872
 Amt Tendered:   $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

16CV7530
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____X

OTHNIEL EVANS MARAGH,

                        Plaintiff,              16-CV-7530 (JMF)

    -v-                                         **NOTICE OF APPEAL**

RIOC, et al.,

                        Defendants.

_____X

Notice is hereby given that the following party Othniel Evans Maragh, the Plaintiff in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the judgment and order entered on: August 5, 2021 that granted the Defendants' motion for summary judgment; despite the Plaintiff's substantial proof and case to the contrary.

September 1, 2021                              _____

Dated                                                  Signature

Maragh, Othniel, E

9 Adams Street Mt. Vernon, New York 10550

(678) 427-8649 omaragh9@yahoo.com